IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NATHANIEL STEWART,
      Petitioner,

vs.                            3:12cv21/RV/CJK

TENA PATE,
Commissioner of the Florida
Parole Commission,
      Respondent.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 20, 2012. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and the timely filed objections thereto (doc.39), I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The DOC's and FPC's motions to dismiss (docs. 16, 22) are GRANTED.

3.     This case is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust state court remedies.

4.     The clerk is directed to close the file.

DONE AND ORDERED this 8th day of January, 2013.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE